**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000609
21-JAN-2025
08:58 AM
Dkt. 19 OGMD

NO. CAAP-24-0000609

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THE BANK OF NEW YORK MELLON, fka THE BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC.,
ASSET-BACKED CERTIFICATES, SERIES 2004-11, Plaintiff-Appellee, v.
KEVIN SANTANA, SPECIAL ADMINISTRATOR OF THE ESTATE OF
HERMAN DANIEL SANTANA, Defendant-Appellant, and
BENEFICIAL FINANCIAL I, INC., Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-22-0000344)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Defendant-Appellant Kevin Santana, Special Administrator of the Estate of Herman Daniel Santana's December 23, 2024 Motion to Dismiss Appeal, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. Hawaiʻi Rules of Appellate Procedure Rule 42(b). The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, January 21, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge